1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  PHILIP A. SIMPKINS, Bar No. 246635
   pasimpkins@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone: 925.932.2468
   Facsimile: 925.946.9809
6
   TIMOTHY S. ANDERSON, Bar No. 0071593
7  tanderson@littler.com
   EDWARD H. CHYUN, Bar No. 0076880
8  echyun@littler.com
   LITTLER MENDELSON, P.C.
9  1100 Superior Avenue
   20th Floor
10 Cleveland, Ohio 44114
   Telephone: 216.696.7600
11 Facsimile: 216.696.2038

12 Attorneys for Defendants
   COMMERCE ENERGY, INC.;
13 JUST ENERGY MARKETING CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRONISHA DAILEY, on behalf of herself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCE ENERGY, INC.; JUST ENERGY MARKETING CORP. and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:14-02012-VC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 8, 2015 CASE MANAGEMENT CONFERENCE; ORDER GRANTING REQUEST**<br><br>Date: April 8, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam<br>Courtroom 15, 18th Floor<br>450 Golden Gate Avenue, San Francisco, CA |

**REQUEST FOR TELEPHONIC APPEARANCE**

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

REQUEST FOR TELEPHONIC
APPEARANCE AT CMC/[PROPOSED]
ORDER

(No. 3:14-02012-VC)

### AT APRIL 8, 2015, CASE MANAGEMENT CONFERENCE

Defendants COMMERCE ENERGY, INC. and JUST ENERGY MARKETING CORP. hereby request, pursuant to Local Rule 16-10(a), the Court's permission for Timothy S. Anderson, defense counsel who is admitted *pro hac vice* for this case, to appear telephonically at the April 8, 2015 Case Management Conference. Mr. Anderson is a Shareholder at Littler Mendelson, and his office is located in Cleveland, Ohio. Mr. Anderson is the lead attorney on this matter for both Defendants, and he will be traveling to attend witness meetings and depositions on the date of the Case Management Conference. Accordingly, Defendants and defense counsel would greatly appreciate the Court's permission for Mr. Anderson to attend telephonically on this occasion.

Dated: April 1, 2015

/s/ *Philip A. Simpkins*
PHILIP A. SIMPKINS
LITTLER MENDELSON, P.C.
Attorney for Defendants
COMMERCE ENERGY, INC.;
JUST ENERGY MARKETING CORP.

Firmwide:132636454.1 071198.1015

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

REQUEST FOR TELEPHONIC APPEARANCE AT CMC/[PROPOSED] ORDER    2.    (No. 3:14-02012-VC)

**ORDER GRANTING DEFENDANTS' REQUEST FOR
TELEPHONIC APPEARANCE AT APRIL 8, 2015,
CASE MANAGEMENT CONFERENCE**

Defendants COMMERCE ENERGY, INC. and JUST ENERGY MARKETING CORP. have requested the Court's permission for Timothy S. Anderson, defense counsel, to appear telephonically at the April 8, 2015 Case Management Conference.

IT IS HEREBY ORDERED that, after full consideration of this request, Defendants' request for Mr. Anderson to appear telephonically at the April 8, 2015, Case Management Conference is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: April 2, 2015

_____
DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

REQUEST FOR TELEPHONIC
APPEARANCE AT CMC/[PROPOSED]
ORDER

3.

(No. 3:14-02012-VC)