1  NEVILLE F. FERNANDES, Bar No. 240935
   nf@nccounsel.com
2  NORCAL EMPLOYMENT COUNSEL
   548 Market Street, Suite 22582
3  San Francisco, CA 94104
   Telephone:   510.900.9044
4  Facsimile:   510.722.6043

5  FRANK A. BARTELA, Ohio Bar No. 0088128
   fbartela@dworkenlaw.com
6  NICOLE T. FIORELLI, Ohio Bar No. 0079204
   nfiorelli@dworkenlaw.com
7  PATRICK J. PEROTTI, Ohio Bar No. 0005481
   pperotti@dworkenlaw.com
8  DWORKEN & BERNSTEIN CO., L.P.A.
   60 South Park Place
9  Painesville, Ohio 44077
   Telephone:   440.352.3391
10 Facsimile:   440.352.3469

11 Attorney for Plaintiff
   MYRONISHA DAILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRONISHA DAILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCE ENERGY, INC.; JUST ENERGY MARKETING CORP. and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:14-cv-02012-HSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 8, 2015 CASE MANAGEMENT CONFERENCE; ORDER GRANTING REQUEST**<br><br>Date;  April 8, 2015<br>Time:  2:00pm<br>Judge:  Hon. Haywood S. Gilliam<br>Courtroom 15, 18th Floor<br>450 Golden Gate Avenue, San Francisco, CA |

Plaintiff, Myronisha Dailey hereby requests, pursuant to Local Rule 16-10(a), the Court's permission for Nicole T. Fiorelli, plaintiff's counsel who is admitted *pro hac vice* for this case, to appear telephonically at the April 8, 2015 Case Management Conference. Mrs. Fiorelli's office is

located in Painesville, Ohio. She would like to avoid incurring travel expenses associated with her attending the Case Management Conference in person. Local counsel, Neville Fernandes, is unable to attend the Case Management Conference due to a previously scheduled Case Management Conference in *Valencia v. Chipotle Mexican Grill, Inc. et al*, Case 3:14-cv-05537-JST on April 8, 2015 at 2pm in front of Judge Tigar. Accordingly, Plaintiff and Plaintiff's counsel would greatly appreciate the Court's permission for Mrs. Fiorelli to attend telephonically on this occasion.

DATED: April 1, 2015

By: Neville F. Fernandes
NORCAL EMPLOYMENT COUNSEL

Attorney for Plaintiff

**ORDER GRANTING PLAINTIFF'S REQUEST**
**FOR TELEPHONIC APPEARANCE AT APRIL 8, 2015**
**CASE MANAGEMENT CONFERENCE**

Plaintiff, Myronisha Dailey, has requested the Court's permission for Nicole T. Fiorelli, plaintiff's counsel, to appear telephonically at the April 8, 2015 Case Management Conference.

IT IS HEREBY ORDERED that, after full consideration of this request, Plaintiff's request for Mrs. Fiorelli to appear telephonically at the April 8, 2015, Case Management Conference is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: April 2, 2015

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER                                                                                          3:14-CV-02012-HSG