PATRICK J. PEROTTI, Ohio Bar No. 0005481
NICOLE T. FIORELLI, Ohio Bar No. 0079204
FRANK A. BARTELA, Ohio Bar No. 0088128
*[Admitted Pro Hac Vice]*
DWORKEN & BERNSTEIN - PAINESVILLE
60 South Park Place
Painesville, OH 44077
Tel: (440) 352-3391
Fax: (440) 352-3469
Email: pperotti@dworkenlaw.com

NEVILLE F. FERNANDES, CA Bar No. 240935
NORCAL EMPLOYMENT COUNSEL PC
548 Market St., Ste. 22582
San Francisco, CA 94104
Tel: (510) 900-9044
Fax: (510) 722-6043
Email: nf@nccounsel.com

Attorneys for Plaintiff
MYRONISHA DAILEY, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRONISHA DAILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>COMMERCE ENERGY, INC.; JUST ENERGY MARKETING CORP. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:14-CV-02012-HSG<br><br>**JOINT STIPULATION EXTENDING MSJ BRIEFING SCHEDULE AND ORDER**<br><br>MSJ Hearing Date: June 4, 2015<br>Time:　　　　　2:00 p.m.<br>Courtroom:　　 15, 18th Fl. |

Plaintiff MYRONISHA DAILEY and Defendants COMMERCE ENERGY, INC. and JUST ENERGY MARKETING CORP., through their undersigned counsel, hereby stipulate pursuant to Local Rules 6-1(b) and 6-2(a) as follows:

　　　　1.　　Defendants have filed a Motion for Summary Judgment scheduled for hearing on June 4, 2015 (ECF Docket No. 40).

1.

**JOINT STIPULATION RE: MSJ BRIEFING SCHEDULE**　　　　　　　　　**CASE NO. 3:14-CV-02012-HSG**

2. The parties agree to extend Plaintiff's deadline to file an Opposition brief to May 6, 2015 and Defendants' deadline to file a Reply brief to May 20, 2015.

3. The parties have not previously sought any extensions with respect to Defendants' MSJ brief.

IT IS SO STIPULATED

NORCAL EMPLOYMENT COUNSEL PC

Dated: April 7, 2015

*s/Neville F. Fernandes*
By: Neville F. Fernandes
Attorney for Plaintiff

LITTLER MENDELSON PC

Dated: April 7, 2015

*s/Tim S. Anderson*
By: Tim S. Anderson
Attorney for Defendants

**ORDER**

Pursuant to the parties stipulation, Plaintiff's deadline to file an Opposition brief to Defendants' Motion for Summary Judgment shall be extended to May 6, 2015 and Defendants' deadline to file a Reply brief shall be extended to May 20, 2015.

IT IS SO ORDERED.

Dated:  April 8, 2015

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE