Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Myronisha Dailey, <br><br> Plaintiff(s), <br><br> v. <br><br> Just Energy Marketing Corp., et; al, <br><br> Defendant(s). | Case No: 14-cv-2012-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

   I, Richard Selby, an active member in good standing of the bar of Ohio & Montana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Myronisha Dailey in the above-entitled action. My local co-counsel in this case is Neville Fernandes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dworken & Bernstein <br> 60 South Park Place, Painesville, OH 44077 | Norcal Employment Counsel, 548 Market St., Suite 22582, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: <br> (440) 352-3391 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 230-1357 |
| MY EMAIL ADDRESS OF RECORD: <br> rselby@dworkenlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> nf@nccounsel.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 59996, 9902.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

   Dated: 05/14/15

                                                                                Richard Selby
                                                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Richard Selby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/18/2015

                                                                *Haywood S. Gilliam*
                                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE