PATRICK J. PEROTTI, Ohio Bar No. 0005481
NICOLE T. FIORELLI, Ohio Bar No. 0079204
FRANK A. BARTELA, Ohio Bar No. 0088128
*[Admitted Pro Hac Vice]*
DWORKEN & BERNSTEIN - PAINESVILLE
60 South Park Place
Painesville, OH 44077
Tel: (440) 352-3391
Fax: (440) 352-3469
Email: pperotti@dworkenlaw.com

NEVILLE F. FERNANDES, CA Bar No. 240935
NORCAL EMPLOYMENT COUNSEL PC
548 Market St., Ste. 22582
San Francisco, CA 94104
Tel: (510) 900-9044
Fax: (510) 722-6043
Email: nf@nccounsel.com

Attorneys for Plaintiff
MYRONISHA DAILEY, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRONISHA DAILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCE ENERGY, INC.; JUST ENERGY MARKETING CORP. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:14-CV-02012-HSG<br><br>**JOINT STIPULATION EXTENDING PLAINTIFF'S CLASS CERTIFICATION REPLY BRIEF DEADLINE AND ORDER**<br><br>Hearing Date: June 10, 2015<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Fl. |

Plaintiff MYRONISHA DAILEY and Defendants COMMERCE ENERGY, INC. and JUST ENERGY MARKETING CORP., through their undersigned counsel, hereby stipulate pursuant to Local Rules 6-1(b) and 6-2(a) as follows:

1. Plaintiff's Motion for Class Certification is scheduled for hearing before the Court on June 10, 2015.

1.

JOINT STIPULATION RE: REPLY BRIEF DEADLINE                                    CASE NO. 3:14-CV-02012-HSG

2.  The parties agree to extend Plaintiff's deadline to file a Reply brief to the class certification motion by two days, from June 1, 2015 to June 3, 2015.

3.  This extension will provide Plaintiff with the necessary time to fully brief all issues raised in Defendants' Opposition brief.

4.  The parties have not previously sought any extensions with respect to Plaintiff's class certification motion.

IT IS SO STIPULATED

NORCAL EMPLOYMENT COUNSEL PC

Dated: May 26, 2015        *s/Neville F. Fernandes*
                           By: Neville F. Fernandes
                           Attorney for Plaintiff


LITTLER MENDELSON PC

Dated: May 26, 2015        *s/Tim S. Anderson*
                           By: Tim S. Anderson
                           Attorney for Defendants


**ATTESTATION (LOCAL RULE 5-1(i))**

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this document.


Dated: May 26, 2015        *s/Neville F. Fernandes*
                           By: Neville F. Fernandes
                           Attorney for Plaintiff

**ORDER EXTENDING CLASS CERTIFICATION REPLY BRIEF DEADLINE**

Pursuant to the parties' stipulation, Plaintiff's deadline to file a Reply brief to its Motion for Class Certification shall be extended to June 3, 2015.

IT IS SO ORDERED.

Dated: May 27, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE